May 2022 STATUS REPORT ON PENDING GDLSK CASES ASSIGNED TO JUDGE AQUILINO: A draft of the schedule of case status reports was provided to each Government attorney assigned to the identified cases prior to filing for review and comment. The contents of the schedule, as filed, has been approved by Government counsel. When the declared status of a case is not wholly within the plaintiff's control (*e.g.,* "stipulations are being contemplated," "proposed stipulations are being prepared", etc.), the Government accepts such statements but cannot confirm their accuracy.

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 08-00367 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 08-00407 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 08-00408 | Value - First Sale Classification - gloves | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00074 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00075 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00076 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00077 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00107 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00112 | Value - First Sale<br>Classification - gloves | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00113 | Value - First Sale<br>Classification - jackets | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00114 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00115 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00131 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00147 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00176 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00178 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00179 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00319 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00320 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00321 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00322 | Value - First Sale<br>Classification - gloves | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00388 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00389 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00393 | Value - First sale<br>Classification - pants | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00417 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00418 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00512 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00513 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 09-00517 | Value - First Sale; Classification - gloves | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00005 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00006 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00008 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00009 | Value - First sale Classification - pants | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00024 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00025 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 10-00027 | Value - First Sale; Classification - gloves | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00028 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00078 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00079 | Value - First Sale; Classification - gloves | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 10-00080 | Value - First Sale | Stipulation under review at DOJ in case 11-00007. The valuation issue is the same. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| ALPINESTARS S.P.A. | 11-00007 | Value - First Sale | Stipulation sent to DOJ on 5/31/2011. Most recent supplemental information provided to DOJ on 3/31/21. The parties are finalizing the stipulation. On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. |
| Express Inc. | 05-00500 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Express LLC | 02-00822 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Express, Inc. | 06-00001 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Express, Inc. | 06-00197 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Lerner New York, Inc. | 05-00185 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Lerner New York, Inc. | 05-00412 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Lerner New York, Inc. | 07-00006 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| Lerner New York, Inc. | 08-00188 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Lerner New York, Inc. | 08-00418 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Lerner New York, Inc. | 10-00052 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Lerner New York, Inc. | 11-00056 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Saramax | 00-00539 | Classification - Shelf Bra Tops | Stipulation sent to DOJ 5/8/2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Saramax Apparel Group Ltd. | 03-00897 | Classification - Shelf Bra Tops | Stipulation sent to DOJ 5/8/2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| Saramax Apparel Group Ltd. | 04-00395 | Classification - Shelf Bra Tops | Stipulation sent to DOJ 5/8/2017. In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. |
| VIEWTECH INC. | 08-00250 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00252 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00253 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00254 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00116 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00146 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00173 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00419 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |

STATUS REPORT 5/15/2022
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 11/15/2021 |
|---|---|---|---|
| VIEWTECH INC. | 10-00112 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 11-00008 | Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |