**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE THOMAS J. AQUILINO, JR., SENIOR JUDGE

LERNER NEW YORK, INC.,

          Plaintiff,

v.

UNITED STATES,

          Defendant.

Court No. 05-00412

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1. The protests were filed and the action commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The imported merchandise identified on the entries set forth on attached Schedule A consists of ladies' knitted tops of over 90 percent cotton and less than 10 percent spandex with built-in shelf bra and ladies' knitted tops of man-made fibers with built-in shelf bra.

3. In liquidation, U.S. Customs and Border Protection classified the imported merchandise identified on Schedule A as "T-shirts, singlets, tank tops and similar garments, knitted or crocheted: Of cotton" under subheading 6109.10.00 of the Harmonized Tariff Schedule of the United States ("HTSUS"), dutiable at 17 percent *ad valorem*.

Lerner New York, Inc. v. United States, Court No. 05-00412

4. The stipulable imported merchandise identified in Schedule A is classifiable as "Other garments, knitted or crocheted: Of cotton" under HTSUS subheading 6114.20.00 at 10.9 percent *ad valorem*.

5. The imported merchandise identified on Schedule A is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

By: /s/ Robert F. Seely
Robert F. Seely
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ 7/27/2022
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ 7/28/2022
ELISA S. SOLOMON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-0583

*Attorneys for Defendant*

Lerner New York, Inc. v. United States, Court No. 05-00412

**IT IS HEREBY ORDERED** that this Action is decided and the final judgment is to be entered by the Clerk of this Court, and that the appropriate Customs officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____                   _____
                                       Thomas J. Aquilino, Jr., Senior Judge

Lerner New York, Inc. v. United States, Court No. 05-00412

## SCHEDULE A TO STIPULATED JUDGMENT CIT No. 05-00412

**Port:** Los Angeles, CA (2704)

**Summons Filed:** 6/22/2005

*NOTE*: Entries identified below with an asterisk (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| 2704-04-102347 | 442-1765610-5 | 1 | 9874160 | 95% cotton 5% spandex knit tank top | 6114.20.00 |
| 2704-04-102347 | 442-1767963-6 | 1 | 9874160 | 95% cotton 5% spandex knit tank top | 6114.20.00 |
| 2704-04-102808 | 442-1773208-8 | 1 | 9874160 | 95% cotton 5% spandex knit tank top | 6114.20.00 |
| 2704-04-102808 | 442-1773321-9 | 1 | 9874160 | 95% cotton 5% spandex knit tank top | 6114.20.00 |
| 2704-05-100335 | 442-1781346-6* | | | | |
| 2704-05-100335 | 442-1784974-2* | | | | |